RECEIVED
IN LAKE CHARLES, LA.

MAY -4 2015

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JUAN MANUEL SAHAGUN PELAYO, | * | CIVIL ACTION NO. 2:14-cv-1048 |
| Petitioner, | * | |
| v. | * | JUDGE MINALDI |
| C. MAIORANA | * | |
| Respondent. | * | MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 15] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, as well as the plaintiff's Objections [Doc. 16], and having determined that the findings of the Magistrate Judge, as amended in the accompanying Memorandum Ruling, are correct under applicable law,

**IT IS ORDERED** that the petitioner's application for Federal Writ of Habeas Corpus [Doc. 1] be and hereby is **DISMISSED, WITH PREJUDICE,** because the court lacks jurisdiction to hear these claims.

Lake Charles, Louisiana, this 17 day of April, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE